PER CURIAM.
 

 We have for review
 
 Macias v. State,
 
 956 So.2d 529 (Fla. 4th DCA 2007), in which the Fourth District Court of Appeal cited as authority its decision in
 
 Saintelien v. State,
 
 937 So.2d 234 (Fla. 4th DCA 2006),
 
 approved in result,
 
 990 So.2d 494 (Fla.2008). At the time the Fourth District Court issued its decision in
 
 Macias,
 
 its
 
 Saintelien
 
 decision was pending review in this Court. We have jurisdiction.
 
 See
 
 art. V; § 3(b)(3), Fla. Const.;
 
 Jollie v. State,
 
 405 So.2d 418 (Fla.1981).
 

 We stayed the present case pending our disposition of
 
 Saintelien,
 
 in which we ultimately held that “a rule 3.800(a) motion to correct an illegal sentence may be used to challenge a sexual predator designation, but limit our holding to cases where it is apparent from the face of the record that the defendant did not meet the criteria for designation as a sexual predator.”
 
 Saintelien v. State,
 
 990 So.2d 494, 495 (Fla.2008). In so holding, we approved the result the Fourth District Court’s underlying
 
 Saintelien
 
 decision.
 
 See id.
 
 at 497.
 

 We have determined to accept jurisdiction and grant the petition for review in the present case. The decision under review is quashed, and this matter is remanded to the Fourth District Court for reconsideration upon review of the record and application of this Court’s decision in
 
 Saintelien.
 

 It is so ordered.
 

 QUINCE, C.J., and WELLS, PARIENTE, LEWIS, CANADY, POLSTON, and LABARGA, JJ., concur.